UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAFAEL ZARAGOZA RIOS,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Attorney General,<br><br>Respondent. | No. 23-801<br><br>Agency No. A205-465-499<br><br>ORDER |

Before: MURGUIA, Chief Judge, and S.R. THOMAS and MILLER, Circuit Judges.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. Zaragoza Rios's petition for rehearing en banc, Dkt. No. 71.1, is **DENIED**.